No. D–1236. IN RE DISBARMENT OF PROTOKOWICZ. It is ordered that Stanley Edward Protokowicz, Jr., of Bel Air, Md., be suspended from the practice of law in this Court and that a rule

issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.